**Harriette Solub, Plaintiff-Appellee, v. Hyman Solub, Defendant-Appellant.**

**Gen. No. 53,876.**

First District, Second Division.

July 21, 1970.

Lawrence Jacobs, of Chicago, for appellant; no brief for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**